# United States Court of Appeals
## For the First Circuit

No. 17-2040

ARTURO CASTRO-GUERRA,

Plaintiff, Appellant,

v.

FIRSTBANK PUERTO RICO CORPORATION; JORGE E. PEREZ CASELLAS; PREFERRED MORTGAGE CORPORATION; CAPITAL TITLE SERVICES, INC.; TITLE SECURITY GROUP, INC.,

Defendants, Appellees.

Before

Howard, <u>Chief Judge</u>,
Lynch and Thompson, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: August 7, 2018

    Plaintiff-appellant Arturo Castro Guerra appeals from the grant of summary judgment. After de novo review of the record and arguments on appeal, we affirm the judgment, substantially for the reasons stated in the district court Opinion and Order entered on September 30, 2016. To the extent that the plaintiff complains that the district court should have permitted additional discovery and should have conducted a hearing, we reject these claims as both insufficiently developed and meritless.

    <u>Affirmed.</u>  <u>See</u> 1st Cir. Loc. R. 27.0(c).

By the Court:

/s/ Margaret Carter, Clerk

cc:
Arturo C. Castro-Guerra
Jose Benito Velez
Nicole Stowell-Alonso
Luis N. Saldana-Roman
Pedro J. Quinones-Suarez
Jenyfer Garcia-Soto
Luis G. Parrilla-Hernandez
Julio Nigaglioni-Arrache